

**NUMBER 13-08-567-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

**IN RE CHRISTINE FRANKS**

**On Petition for Writ of Mandamus**

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam[1]**

Relator, Christine Franks, filed a petition for writ of mandamus in the above cause

on October 3, 2008. The Court requested a response from the real parties in interest, and

one was received from real party in interest, Carol Thompson.

Mandamus relief is proper only to correct a clear abuse of discretion when there is

no adequate remedy by appeal. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124,

135-36 (Tex. 2004); *Walker v. Packer*, 827 S.W.2d 833, 839 (Tex. 1992). The relator has

the burden of establishing both prerequisites to mandamus relief. *In re CSX Corp.*, 124

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

S.W.3d 149, 151 (Tex. 2003) (orig. proceeding). This burden is a heavy one. *See In re Epic Holdings, Inc.*, 985 S.W.2d 41 (Tex. 1998).

The Court, having examined and fully considered the petition for writ of mandamus and the response thereto, is of the opinion that relator has not shown herself entitled to the relief sought. *See Prudential Ins. Co. of Am.*, 148 S.W.3d at 135-36; *see also LeJune v. Pow-Sang*, No. 01-04-00843-CV, 2006 Tex. App. LEXIS 2740, at *10-17 (Tex. App.–Houston [1st Dist.] 2006, no pet.) (mem. op.), *disapproved on other grounds by In re Lynd Co.*, 195 S.W.3d 682 (Tex. 2006). Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Memorandum Opinion delivered and
filed this 10th day of November, 2008.